IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>BRYAN J BLOUNT, )<br>                Defendant, )<br>and )<br>)<br>ROCK TENN SERVICES, INC., )<br>                Garnishee. ) | CASE NO. 3:03-CR-209-FDW-DCK<br>(Financial Litigation Unit) |

**DISMISSAL OF WRIT OF GARNISHMENT**

Upon motion of the United States (Document No. 228), for the reasons stated therein and for good cause shown, it is **ORDERED** that the Order of Continuing Garnishment as to Rock Tenn Services, Inc., filed in this case on August 10, 2011, against Defendant Bryan J. Blount, is **DISMISSED**.

    **SO ORDERED**.

Signed: July 12, 2017

David C. Keesler
United States Magistrate Judge