IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRYAN J. BLOUNT ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> PACKAGING CORPORATION OF AMERICA, ) <br> Garnishee. ) | CASE NO. DNCW3:03CR209-10 <br> (Financial Litigation Unit) |

## DISMISSAL OF WRIT OF CONTINUING GARNISHMENT

Upon "Motion For Dismissal Of Writ Of Continuing Garnishment" (Document No. 236) of the United States, for the reasons stated therein and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the Writ of Continuing Garnishment filed in this case against Defendant Bryan J. Blount is **DISMISSED**.

**SO ORDERED**.

Signed: September 18, 2017

David C. Keesler
United States Magistrate Judge